Frederick Weir, copartners, etc., against Frances E. Barker, trustee, etc. No opinion. Motion granted.

In re WEISEL. (Supreme Court, Appellate Division, First Department. March 10, 1905.) In the matter of Walter Weisel. E. B. Goodman, for appellant. J. Frankenheimer, for respondent. No opinion. Decree affirmed, with costs.

WEISSBERGER, Respondent, v. CARL et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Moritz Weissberger against Samuel F. Carl and Charles W. Carl.

PER CURIAM. Judgment and order affirmed, with costs.

HOOKER, J., not voting.

WEIXELBAUM, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Helena Weixelbaum, as administratrix, against the New York City Railway Company. C. F. Brown, for appellant. C. Steckler, for respondent.

PER CURIAM. Judgment modified, by striking out extra allowance, and the judgment, as so reduced to the sum of $1,379.84, and order appealed from, affirmed, with costs of appeal.

McLAUGHLIN, J., dissents.

WESTCOTT, Appellant, v. FIDELITY & DEPOSIT CO. OF MARYLAND, Respondent. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Appeal from Trial Term, New York County. Action by Robert E. Westcott against the Fidelity & Deposit Company of Maryland. From a judgment granting insufficient relief, plaintiff appeals. Affirmed. E. H. Benn, for appellant. Albert B. Boardman, for respondent.

PER CURIAM. This case was before this court upon a former appeal from a judgment in favor of the plaintiff. 87 App. Div. 497, 84 N. Y. Supp. 731. Upon the new trial the same facts were presented, and the court below followed the decision of this court in directing a verdict for the plaintiff for the sum of $2,348.87, with interest. The plaintiff having, therefore, recovered a judgment for the damages that he has sustained by the breach of the contract to secure the performance of which this bond was given, he was not entitled to a further recovery. It follows that the judgment appealed from must be affirmed, with costs.

WESTCOTT, Respondent, v. NEW YORK CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Joseph Westcott against the New York Casualty Company.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HOOKER, J., not voting.

WHIPPLE et al., Respondents, v. WEBB, Appellant, et al. (Supreme Court, Appellate Division, Third Department. January 10, 1905.) Action by Charles R. Whipple and James N. Robinson against Jennie Webb, impleaded with another. No opinion. Judgment (89 N. Y. Supp. 900) unanimously affirmed, with costs.

WHITE, Appellant, v. LOOMIS, Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by William N. White against Leslie G. Loomis. G. Caldwell, for appellant. J. S. Sheppard, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WHITE v. MOSES et al. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Henry G. White against Joel M. Moses and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

WHITE, Respondent, v. WHITE, Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by Elizabeth N. White against John H. White. No opinion. Order affirmed, with $10 costs and disbursements.

WHITNEY, Respondent, v. WARD et al., Appellants. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Levi L. Whitney against Thomas E. Ward and another. P. K. Deane, for appellants. C. De H. Brower, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WILLIAMS et al., Respondents, v. HATCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by Elizabeth B. Williams and others against Albert G. Hatch.

PER CURIAM. Cause restored to the calendar. Appeal dismissed, with costs, including $10 costs of motion, unless within 10 days appellant file and serve the printed papers on appeal and pay the $10 costs of this motion, in which event the motion is denied.

WILSON v. FRANKLIN et al. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Lucy E. W. Wilson against William Franklin and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

WILSON v. HINMAN. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Mary H. Wilson against Charles N. Hinman. No opinion. Motion for leave to appeal to Court of Appeals granted, and question certified: "Does the complaint state facts sufficient to constitute a cause of action?"

WILSON, Respondent, v. WILSON et al., Appellants. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Ac-

tion by Francis S. Wilson against June G. Wilson and Felix Isman. I. L. Bamberger, for appellants. J. W. Shepard, for respondent. No opinion. Judgment affirmed, with costs.

WOLF, Appellant, v. MANHATTAN CONSUMERS' BREWING CO., Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Margaret Wolf, as administratrix, against the Manhattan Consumers' Brewing Company. A. L. Pincoffs, for appellant. J. V. Bouvier, Jr., for respondent. No opinion. Judgment and order affirmed, with costs.

WOOD & SELICK v. ELLSWORTH. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Wood & Selick against Grace H. Ellsworth. No opinion. Motion denied, with $10 costs.

WOODRUFF, Respondent, v. NEW YORK GLUCOSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by Mary Woodruff, as executrix, etc., of John T. Woodruff, deceased, against the New York Glucose Company. No opinion. Judgment and order unanimously affirmed, with costs.

WORCESTER SALT CO., Respondent, v. UNITED STATES CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by the Worcester Salt Company against the United States Casualty Company. No opinion. Judgment and order affirmed, with costs.

WRIGHT v. EMPIRE STEEL & IRON CO. (Supreme Court, Appellate Division, First Department. March 17, 1905.) Action by Frank P. Wright against the Empire Steel & Iron Company. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

WRIGHT, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Walter A. Wright against the Erie Railroad Company. No opinion. Motion denied.

WRIGHT, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Walter A. Wright against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

WRIGHT, Appellant, v. MAERKLE et al., Respondents. (Supreme Court. Appellate Division, Second Department. February 15, 1905.) Action by George S. Wright against Balthasar Maerkle and another.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HOOKER, J., not voting.

WULFF, Respondent, v. FIFTH AVE. COACH CO., Appellant (two cases). (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Actions by Robert Wulff an infant, by his guardian ad litem, and by Adolph Wulff, against the Fifth Avenue Coach Company. No opinion. Judgment and order in each case unanimously affirmed, with costs.

WULFF v. FIFTH AVE. COACH CO. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Robert W. Wulff, an infant, etc., against the Fifth Avenue Coach Company. No opinion. Application denied. Execution of judgment stayed 10 days to enable the appellant to apply to a judge of the Court of Appeals, if so advised.

YOUNG, Respondent, v. BARRY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Action by Alden W. Young against Maurice Barry. No opinion. Judgment affirmed, with costs.

YOUNG, Respondent, v. YOUNG, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Anna V. Young against William W. Young. I. L. Ernst, for appellant. I. N. Jacobson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

YOUNGS et al., Respondents, v. YOUNGS et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Fanny Henrietta Youngs, as sole surviving executrix, etc., and others, against Ada C. Youngs, individually, etc., and others. No opinion. Motion for stay pending appeal to the Court of Appeals granted.

In re ZIEGLER. (Supreme Court. Appellate Division, Second Department. March 3, 1905.) In the matter of the application of William H. Ziegler for the appointment of appraisers, etc.

PER CURIAM. Order and judgment thereon dismissing application affirmed, with $10 costs and disbursements.

HOOKER, J., not voting.

ZIEGLER et al., Respondents, v. GOLDBERG, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Samuel Ziegler and another against Hyman Goldberg. No opinion. Motion denied, on condition that the appellant perfect his appeal within 10 days. If this condition is not complied with, the motion to dismiss the appeal is granted, with $10 costs.